IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY BULLOCK, | : |
| **Plaintiff** | : |
| v. | : CASE NO. 5:22-cv-00385-MTT-MSH |
| WARDEN JEFFERSON, *et al.*, | : |
| **Defendants** | : |

# ORDER

*Pro se* Plaintiff Johnny Bullock, a prisoner in Baldwin State Prison in Hardwick, Georgia, filed a 42 U.S.C. § 1983 civil rights claim.  ECF No. 1.  Plaintiff also requested leave to proceed without prepayment of the filing fees.  ECF No. 2.  After later providing a certified account statement, Plaintiff's motion to proceed *in forma pauperis* was granted with the statutory provision that he pay an initial partial filing fee of $13.83.  ECF No. 8

On December 30, 2022, Plaintiff filed a letter in which he acknowledges that he has filed multiple suits.[1]  ECF No. 9.  He states that he has "filed case … 5:22-cv-00386 for in replacement of a Bivens action changed to 42 U.S.C § 1983" and that this action contains the same claims as put forth in 5:22-cv-00386.  *Id*.  Plaintiff further states that he would

---

[1] Plaintiff has in fact filed five separate civil actions.  *See* Case # 5:22-cv-385-MTT-CHW, *Bullock v. Jefferson*, filed Nov. 1, 2022; Case # 5:22-cv-386-MTT-CHW, *Bullock v. Jefferson*, filed Nov. 1, 2022; Case # 5:22-cv-426-TES-CHW, *Bullock v. Jefferson*, filed Nov. 30, 2022; Case # 5:22-cv-437-MTT-CHW, *Bullock v. Berry*, filed Dec. 13, 2022; Case # 5:22-cv-438-TES-CHW, *Bullock v. Berry*, filed Dec. 13, 2022.

like to dismiss the above-named action and pursue case 5:22-cv-00386-MTT-CHW, *Bullock v. Jefferson* instead because the claims are the same in these two cases. *Id*.

Rule 41 of the Federal Rules of Civil Procedure provides that a "…plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion to summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Because no defendant has been served in the case, leave of court is not required to dismiss this action, and Plaintiff is automatically entitled to voluntary dismissal.

Accordingly, Plaintiff's request to dismiss this civil action (ECF No. 9) is **GRANTED**, and this case is **DISMISSED without prejudice.**

**SO ORDERED**, this 11th day of January, 2023.

> S/ Marc T. Treadwell
> MARC T. TREADWELL, CHIEF JUDGE
> UNITED STATES DISTRICT COURT